# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DOWNING,<br><br>     Plaintiff,<br><br>v.<br><br>DR. KAHN, et al.,<br><br>     Defendants. | Case No. 2:23-cv-00082-ART-NJK<br><br>**Order**<br><br>[Docket Nos. 17, 18] |

Pending before the Court are Plaintiff's motions for subpoena. Docket Nos. 17, 18. Plaintiff asks the Court to issue subpoenas for various video and documentary evidence from High Desert State Prison, Docket No. 17, and Clark County Detention Center, Docket No. 18. No defendant has answered or otherwise appeared in this case and the Court has yet to enter a scheduling order. *See* Docket. Plaintiff's motions are, therefore, premature. *See* Fed. R. Civ. P. 26; Local Rule 26-1. Accordingly, Plaintiff's motions for subpoenas are **DENIED** without prejudice. Docket Nos. 17, 18.

IT IS SO ORDERED.

Dated: July 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge