S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@Lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TELEPHONE: (702) 893-3383
FACSIMILE: (702) 893-3789

*Attorneys for Defendants Mohamed Khan, M.D.,
Maggie Sandquist, and Vincent Varias*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DOWNING,<br><br>             Plaintiff,<br><br>        vs.<br><br>DR. KHAN, et al.,<br><br>             Defendants. | Case No. 2:23-cv-00082-ART-NJK<br><br>**NOTICE TO BE REMOVED AS COUNSEL OF RECORD FOR DEFENDANTS AND NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Amy A. Porray, Esq., is no longer with the law office of LEWIS BRISBOIS BISGAARD & SMITH, LLP and should be removed as counsel of record for Defendants Mohamed Khan, M.D., Maggie Sandquist, and Vincent Varias, in the above-captioned matter.

PLEASE TAKE NOTICE that Ethan M. Featherstone, Esq., of the law office of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby enters his special appearance as counsel of record for Defendants Mohamed Khan, M.D., Maggie Sandquist, and Vincent Varias, in the above-captioned matter.

/ / /

/ / /

/ / /

142064906.1

IT IS SO ORDERED.
Dated:  June 27, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1 | DATED this 26th day of June, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Ethan M. Featherstone*

By: ─────────────────────────────
S. Brent Vogel, Esq.
Ethan M. Featherstone, Esq.
*Attorneys for Defendants Mohamed Khan,*
*M.D., Maggie Sandquist, and Vincent Varias*

142064906.1

2